IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNY MICKLE,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT L. AYERS, Acting Warden of California State Prison at San Quentin,<br><br>    Respondent. | NO. C 92-2951 TEH<br><br>ORDER ON JOINT<br>CASE MANAGEMENT CONFERENCE<br>STATEMENT |

Pursuant to the Joint Case Management Conference Statement filed June 28, 2007, it is hereby ordered that:

1. Within 120 days of this Order, Petitioner shall file a motion for evidentiary hearing on any claim subject to federal factual disposition except Claim YY. The Court defers briefing on a request for evidentiary hearing as to Claim YY until a ruling is issued in <u>Morales v. Tilton</u>, C06-219 JF (RS), on the challenge presented there to the state's lethal injection procedure.

2. Within 90 days of the filing of the motion for evidentiary hearing, Respondent shall file an opposition to the motion.

3. Within 30 days of the filing of the opposition to the motion, Petitioner shall file a reply.

1   It is further ordered that the Case Management Conference set for July 23, 2007, is hereby vacated.

**IT IS SO ORDERED.**

DATED: 07/02/07

THELTON E. HENDERSON
United States District Judge

2