IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**DEATH PENALTY CASE**

DENNY MICKLE,

    Petitioner,

vs.

MICHAEL MARTEL, Warden of the California State Prison at San Quentin,

    Respondent.

No. C 92-2951-TEH

[~~PROPOSED~~] ORDER EXTENDING TIME FOR FILING PETITIONER'S MOTION FOR DISCOVERY

IT IS HEREBY ORDERED that the time within which petitioner is to file his motion for discovery is extended by 60 days to and including May 20, 2011.

Dated: 03/30/2011

*[Signature of Judge Thelton E. Henderson with court seal]*

Application To Extend Time to File Petitioner's Motion for Discovery *Mickle v. Martel* - C 92-2951-TEH