IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENNY MICKLE,

        Petitioner,

v.

MICHAEL MARTEL, Acting Warden of California State Prison at San Quentin,

        Respondent.

NO. C 92-2951 TEH

ORDER REQUESTING BRIEFING

On April 4, 2011, the United States Supreme Court decided <u>Cullen v. Pinholster</u>, 131 S. Ct. 1388, 1398 (2011), which holds that "review under § 2254(d) (1) is limited to the record that was before the state court that adjudicated the claim on the merits." <u>See also</u> <u>Price v. Thurmer</u>, 637 F. 3d 831 (7th Cir. 2011), <u>Jackson v. Kelly</u>, 2011 WL 1534571 (4th Cir. 2011).

The parties are hereby instructed to brief the impact of <u>Pinholster</u> on petitioner's case, namely on the Court's grant of an evidentiary hearing as well as any requests for discovery. Respondent's brief is due no later than 30 days from the date of this Order. Petitioner's opposition is due within 30 days of the date of service of respondent's brief. Respondent's reply is due within 21 days of the date of service of petitioner's opposition.

**IT IS SO ORDERED.**

DATED: 5/31/11

THELTON E. HENDERSON
United States District Judge