IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENNY MICKLE,

        Petitioner,

v.

MICHAEL MARTEL, Acting Warden of California State Prison at San Quentin,

        Respondent.

NO. C 92-2951 TEH

ORDER REGARDING PETITIONER'S REQUEST FOR AN EXTENSION TO FILE DISCOVERY MOTION

The Court is in receipt of petitioner's request for an extension of time to file a motion for discovery. In light of the Court's request for briefing regarding the impact of <u>Cullen v. Pinholster</u>, 131 S. Ct. 1388 (2011), on petitioner's case, the parties are directed to postpone any further discovery-related litigation until the Court rules on the <u>Pinholster</u> matter. A further litigation schedule will be set once the effect of <u>Pinholster</u> is determined.

**IT IS SO ORDERED.**

DATED: 5/31/11

THELTON E. HENDERSON
United States District Judge